United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO HINOJOSA | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00132 |
| | § | |
| DAIRY FARMERS OF AMERICA, INC. | § | |

# FINAL JUDGMENT

Pursuant to the Court's "Order Adopting Memorandum and Recommendation to Grant Defendant's Motion for Summary Judgment" (D.E. 67), the Court enters final judgment dismissing this action.

**ORDERED** on January 8, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE