Case 2:23-cv-00132   Document 77   Filed on 03/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO HINOJOSA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00132 |
| DAIRY FARMERS OF AMERICA, INC., | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 76), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 11, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE